

Yuri Petrini <yuri@megalopolisms.com>

## RE: Court - Mandated Summary for 09/30/2025 Conference
1 message

**Adam Harris (6316)** <Adam.Harris@phelps.com>  Mon, Oct 20, 2025 at 9:04 AM
To: Yuri Petrini <yuri@megalopolisms.com>
Cc: "John McMackin (6333)" <John.McMackin@phelps.com>

Mr. Petrini,

We are considering your proposal. We will be in touch with you if we have a response to your proposal.

Respectfully,

Adam Harris

---

**Adam B. Harris**
Phelps Dunbar LLP
2602 13th Street, Suite 300
Gulfport, MS 39501
Direct: 228-679-1316
Mobile: 228-669-2540
Email: adam.harris@phelps.com

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Yuri Petrini <yuri@megalopolisms.com>
**Sent:** Wednesday, October 15, 2025 4:28 PM
**To:** Adam Harris (6316) <Adam.Harris@phelps.com>
**Subject:** Re: Court - Mandated Summary for 09/30/2025 Conference

Ex. A

Dear Adam,

I never received a response about this offer,

Would you kindly clarify your position and report to the court?

I can also attempt to do it myself should you prefer

Thank you Sir.

On Wed, Oct 1, 2025 at 4:12 AM Yuri Petrini <yuri@megalopolisms.com> wrote:

> Subject: Court-Mandated Conference Summary - 09/30/2025 - Extension Request for Lawsuit 254
>
> Dear Adam,
>
> I am writing to summarize the discussions from our court-mandated conference held on September 30, 2025.
>
> During the conference, I offered to remove Madeline Costelli Pettry as a defendant without monetary compensation in exchange for her providing a deposition under oath, it must be conducted within the next 14 days.
>
> To provide you adequate time to confer with your client regarding this offer, I intend to file a motion to extend the filing deadline for Lawsuit 254 by 14 days.
>
> Please confirm whether you agree to this extension.
>
> I look forward to your response;
>
> Sincerely,