Outlook                    **Exhibit C**

Re: Submission of Independent Engineering Report - Case No. CC-551719 - Request for Immediate Action

| | |
|---|---|
| From | Tim Holleman <tim@boyceholleman.com> |
| Date | Thu 9/11/2025 8:18 PM |
| To | Yuri Petrini <yuri@megalopolisms.com> |
| Bcc | pabide@curriejohnson.com <pabide@curriejohnson.com>; Joseph H. Ros <hros@curriejohnson.com>; Michael Whitehead <michael.whitehead@pmp.org>; Zachary Cruthirds <zcruthirds@curriejohnson.com> |

If you don't attach it I will I assure you!!

From this point forward you are blocked from my email account. You can communicate through pleadings filed in the US District Court or by US Mail only!

Tim C. Holleman
Boyce Holleman & Associates
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, Ms 39501
Office: 228-863-3142
Cell: 228-297-3142
Email: tim@boyceholleman.com

**From:** Yuri Petrini <yuri@megalopolisms.com>
**Sent:** Thursday, September 11, 2025 7:44:18 PM
**To:** Tim Holleman <tim@boyceholleman.com>
**Subject:** Re: Submission of Independent Engineering Report - Case No. CC-551719 - Request for Immediate Action

Mr Tim.

I thought you were a laywer? Since when a lawsuit is a threat? I would argue you are the one threatening me, mind to elaborate on what you are assuring me? Because legally speaking you would do the same, or what you have in mind? Something Abide haven't done yet?

You hide behind the veil of counsel and forget what is at stake, for you, billable time; you stall important proceedings necessary to advance and expect me to sulk up to you and just stay quier?

Never when I worked for the most demanding Nasa chiefs i have met such self centered people

For me? Subject to false charges, i had 3 eye surgeries in the last 90 days, illegal restrictions, and over 90 days where we haven't even got to meet and confer; now you tell me that I need to wait you to finish your badly written motion and then some more motions? While I expect no sympathy from you, I expect and demand you to follow procedures

Govern yourself and remember you are talking to the prosecuted, to someone whose building official stalked on sundays, invaded my place of business and interrogated my wife and whose you are playing with,

I treated you with nothing but respect, agreed to your extension, and you mock me saying that not only you will not, but more promise of stalling, and filling that baseless motion;

will be waiting on cla ification on the consequen es, as your intent have clear animus and connota ion of ou of court actions, I will treat it as a threat

I will be filling my unilateral 26F next week and I will be attaching this conversation,

Thank you Mr. Tim;



On Thu, Sep 11, 2025 at 3:05 PM Tim Holleman <tim@boyceholleman.com> wrote:

Mr. Petrini,

Let me make it clear I do not take kindly to your threats.

> "Be also warned should you continue with unethical practices I will make you a defendant too".

You do what you think you can or must but there are consequences to such conduct I assure you.

*Tim C. Holleman*

**Boyce Holleman & Associates**

1720 23rd Ave./Boyce Holleman Blvd

Gulfport, Ms 39501

Office:  228-863-3142

Fax:     228-863-9829

Cell:    228-297-3142

Email:  tim@boyceholleman.com





Link for oo le R view: https://reviews.nextadagency.com/boyce-holleman-amp-associates-172911941887056/review-us?dashboard=1

---

**From:** Yuri Petrini <yuri@megalopolisms.com>
**Sent:** Thursday, September 11, 2025 9:34 AM
**To:** Tim Holleman <tim@boyceholleman.com>
**Subject:** Re: Submission of Independent Engineering Report - Case No. CC-551719 - Request for Immediate Action

Mr. Tim

Your position that "Rule 26(f) is not required" is legally incorrect.

Rule 26(f)(1) mandates conferences unless: (1) the case falls under Rule 26(a)(1)(B) exemptions (which this doesn't), or (2) the court orders otherwise (no such order

xists).

Motions t dismiss do not auto tically stay discovery. *Feldm v. Flo d*, 176 F.R.D. 651 (M.D. Fla. 1997). Under L.U.Civ.R. 16(b)(3), even qualifying motions require filing a proposed stay order with the magistrate judge—which you haven't done.

I offered multiple dates for the mandatory conference. You refuse without legal basis.

On Monday, September 16, 2025, I will file:

- Unilateral Rule 26(f) Report documenting your refusal

- Motion to Compel with Rule 37 sanctions request

- Emergency motion for immediate CO relief

Each day without the CO constitutes ongoing constitutional violations. Your obstruction compounds your clients' liability.

This is your predecessors' second Rule 26(f) violation (see Doc. 17). The pattern is documented.

Final opportunity: Provide conference availability by 5:00 PM Friday, September 12, or I proceed unilaterally.

Be also warned should you continue with unethical practices I will make you a defendant too,

Respectfully,



On Thu, Sep 11, 2025 at 9:29 AM Tim Holleman <tim@b_yceholleman.c_m> wrote:

> Mr. Petrini,
>
> Rule 26(f) is not required. There is a CMC set for August 30 however, because Motions to Dismiss have been filed and more will be filed discovery will likely be stayed until those Motions are ruled upon. You may discuss your desires with Magistrate Judge on August 30.
>
> Tim C. Holleman
>
> Get [Outlook for iOS](Outlook for iOS)
>
> ---
>
> **From:** Yuri Petrini <yuri@megalopolisms.com>
> **Sent:** Thursday, September 11, 2025 9:11 AM
> **To:** Tim Holleman <tim@boyceholleman.com>
> **Subject:** Re: Submission of Independent Engineering Report - Case No. CC-551719 - Request for Immediate Action
>
> You are right Mr. Tim,
>
> 26F is still required, would you like to hold it? or should I go ahead with the unilateral filling?
>
> Thanks
>
> 
>
> On Thu, Sep 11, 2025 at 8:17 AM Tim Holleman <tim@boyceholleman.com> wrote:
>
>> Mr. Petrini,
>>
>> As I explained to you before I ONLY represent the private attorneys you have sued, wrongfully I might add, on the claims you have made against them the litigation and have nothing to do with the issues you assert in your email. I do not represent the City or any of its employees and have nothing to do with your code violations and/or certificate of occupancy. So I cannot comment thereon or assist you in that regard.

Further I cannot comment on Motions you may file until I review them to determine if my clients should object or not.

*Tim C. Holleman*

**Boyce Holleman & Associates**
1720 23rd Ave./Boyce Holleman Blvd
Gulfport, Ms 39501
Office: 228-863-3142
Fax:    228-863-9829
Cell:   228-297-3142
Email: tim@boyceholleman.com



---

**From:** Yuri Petrini <yuri@megalopolisms.com>
**Sent:** Thursday, September 11, 2025 7:45 AM
**To:** Tim Holleman <tim@boyceholleman.com>
**Subject:** Re: Submission of Independent Engineering Report - Case No. CC-551719 - Request for Immediate Action

```
Dear Mr. Tim: Please refer to the correspondence transmitted to defendants three days
prior, accompanied by an additional engineering report. The record now contains over
200 pages of documentation, including four reports prepared by two licensed engineers
with input from five engineering professionals. Defendants have been in possession of
the initial documentation for over two months and received the second engineering
report three days ago. Given this substantial documentation, there appears to be no
justifiable basis for the continued withholding of my certificate of occupancy or the
maintenance of the cease and desist order. My property remains subject to a cease and
desist order, and I have not received a certificate of occupancy, notwithstanding
meetings with the CAO wherein no deficiencies were identified. In your capacity as
counsel for defendants, I respectfully request your immediate attention to the
following matters in the interest of judicial economy: I acknowledge the challenging
position in which defendants find themselves, albeit one of their own making.
However, continued withholding of the certificate of occupancy will only compound the
legal issues exponentially. I submit that it would be far more productive to address
and litigate the underlying events that have transpired, rather than perpetuating
procedural obstacles that will inevitably expand the scope of these proceedings.
Please advise whether you intend to oppose the following motions: 1. Motion
challenging the legality of Jerry Creel's dual role as building official and
community director 2. Motion challenging the authority of Tara Busby and Brooke
```

anover to serve as clerks while employed by Jerry Creel 3. Motion for relief regarding alleged Fourth Amendment violations (searches conducted on Sunday, filming of property, trespassing, and questioning of spouse) 4. Motion challenging the application of IRC provisions as criminal charges absent statutory authority 5. Motion regarding Peter Abide's alleged obstruction of public records access 6. Motion challenging the prohibition on certificate of occupancy 7. Motion addressing state prosecution matters including: allegedly false charges, defective affidavit, application of non-criminal law, clerk authority issues, alleged extortion, illegal cease and desist order, prosecutorial conduct, false statements, discovery violations, Brady material production, and pending motions (Franks hearing, disqualification, dismissal, jurisdictional challenges) 8. Opposition to amendment of Lawsuit #01 I am prepared to confer on each enumerated issue with the goal of conserving judicial resources. Many of these motions have been drafted pending the prosecutor's response and certain public records requests, which, though partially redacted, provide sufficient foundation to proceed. I respectfully request your consideration of the court's docket in scheduling these matters. NOTICE OF RULE 26(f) CONFERENCE REQUIREMENT: Pursuant to FRCP Rule 26(f) and applicable local rules, the parties must conduct a discovery planning conference at least 21 days before the scheduling conference or the due date for a scheduling order under Rule 16(b). Given that a proceeding is scheduled for September 30, 2025, at 9:30 AM, compliance with this requirement is imperative. Please provide available dates for this mandatory conference. **IMPORTANT DEADLINE**: If I do not receive a response by close of business Friday, September 12, 2025, I will file a Unilateral Rule 26(f) Report with the Court on Monday, September 16, 2025, documenting all attempts to schedule and hold this mandatory conference, including this correspondence and any prior attempts by your predecessors to avoid their discovery obligations. Such filing will also include a motion for sanctions under Rule 37 for failure to participate in mandatory discovery planning and a request that the Court enter a scheduling order based solely on my proposed discovery plan. Thank you for your anticipated cooperation. While we represent adverse parties with differing positions, I trust we can maintain professional civility and collaborate where procedurally appropriate within the bounds of our respective clients' interests. Respectfully,




Yuri Petrini
CEO
+1 (305) 504-1323
yuri@megalipolisms.com
Megalopolis Hadquarters  929 Division St, Biloxi, Ms 39530 USA
www.megalopolisms.com