IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**YURI PETRINI**                                                                           **PLAINTIFF**

**v.**                                              **CAUSE NO. 1:25-cv-254-LG-RPM**

**CITY OF BILOXI, MISSISSIPPI, et al.**                            **DEFENDANTS**

## SUPPLEMENTAL ORDER EXTENDING STAY

"The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706–07 (1997) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). The Court has inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Langiano v. City of Fort Worth*, 131 F.4th 285, 290 (5th Cir. 2025) (quoting *Landis*, 299 U.S. at 254). Federal courts have the inherent power "so as to achieve the orderly and expeditious disposition of cases." *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995) (quoting *Link v. Wabash R.R. Co.*, 370 U.S. 626, 620 (1962)); *see* Fed. R. Civ. P. 1. For the reasons stated previously on the record, the Court continues the stay ordered in [73] Order Staying Filings until the Court rules on the pending motions before it.

**IT IS THEREFORE ORDERED AND ADJUDGED** that until further order of the Court this proceeding is **STAYED**. In addition, the parties are prohibited from filing any new or additional motions, pleadings, notices or materials, except that the parties may file pleadings or responses that have been

previously ordered by this Court and parties may file notices of voluntary dismissal or stipulations of dismissal pursuant to Fed. R. Civ. P. 41.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties are admonished that the willful violation of this, or any order issued by this Court may result in sanctions including monetary sanctions, attorney's fees, and costs. In addition, the parties are advised that the Court also has the authority to dismiss an action for failure to comply with the Federal Rules of Civil Procedure or failure to obey a Court order under Rule 41(b). *See Woodson*, 57 F.3d at 1417.

**SO ORDERED AND ADJUDGED** this the 22nd day of January, 2026.

*s/ Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

2